**23rd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JAMES**

**STATE OF LOUISIANA**

**NO. 42468**                                                                **DIVISION "E"**

**VINA BOSLEY AND SHAWN COOK SR.
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATION**

**VERSUS**

**ATALCO GRAMERCY LLC
(f/k/a GRAMERCY HOLDINGS I, LLC)**

**FILED:**_____      _____
                                                                                                                   **DEPUTY CLERK**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

       NOW INTO COURT, through undersigned counsel, comes Defendant, Atalco Gramercy LLC ("Atalco Gramercy"), and hereby notifies this Court that it has filed a Notice of Removal of the captioned matter with the United States District Court for the Eastern District of Louisiana, a copy of which is attached hereto as Exhibit "A." Accordingly, pursuant to the provisions of 28 U.S.C. § 1446, this Court shall proceed no further unless the case is remanded.

                                                      **BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

                                                      BY: /s/ *Brent Hicks*
                                                      Brent Hicks (#23778)
                                                      Riley T. Svikhart (#40647)
                                                      II Rivermark Centre
                                                      450 Laurel Street, 21st Floor
                                                      Baton Rouge, LA 70801
                                                      Telephone: (225) 381-7000
                                                      Facsimile:  (225) 343-3612
                                                      Emails: bhicks@bakerdonelson.com
                                                                             rsvikhart@bakerdonelson.com

                                                     **ATTORNEYS FOR DEFENDANT
ATALCO GRAMERCY LLC**

**EXHIBIT B**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was served by email on the following counsel of record on October 24, 2024.

Scott R. Bickford, Esq.
Lawrence J. Centola, Esq.
Neil F. Nazareth, Esq.
Jason Z. Landry, Esq.
Spencer R. Doody, Esq.
MARTZELL, BICKFORD, & CENTOLA
338 Lafayette Street
New Orleans, LA 70130

                                              */s/ Riley T. Svikhart*
                                              Riley T. Svikhart

4879-5441-3297