## CITATION



| | |
|---|---|
| VINA BOSLEY, ET AL | Case: 00042468 |
| | Division: E |
| Versus | 23rd Judicial District Court |
| | Parish of St. James |
| ATALCO GRAMERCY, LLC | State of Louisiana |

TO:
ATALCO GRAMERCY, LLC
THROUGH CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809

YOU ARE HEREBY SUMMONED to comply with the demand contained in the accompanying petition, CLASS ACTION COMPLAINT FOR DAMAGES a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereof, in writing, with the Clerk of the Twenty-Third Judicial District Court of the State of Louisiana in and for the Parish of St. James, at his office in the Courthouse in the Parish and State aforesaid, within TWENTY ONE (21) DAYS after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of the 23rd Judicial District in and for the Parish of St. James, State of Louisiana, this 25TH day of SEPTEMBER, 2024.

Shane M. LeBlanc
Clerk of Court
P.O. Box 63
Convent, LA. 70723
225-562-2270 (TEL.)

BY: _____
Deputy Clerk of Court

ISSUED AT THE REQUEST OF:
SCOTT R. BICKFORD
ATTORNEY FOR PLAINTIFF
(504) 581-9065

**EXHIBIT D**

[ SERVICE COPY ]